UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENNIFER BRIDGES | § § | |
| vs. | § § | NO: WA:22-CV-00837-ADA |
| RICKY SCAMAN, FALLS COUNTY, TEXAS | § § | |

### ORDER SETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTIONS HEARING VIA ZOOM on Thursday January 26, 2023 at 02:00 PM before the Honorable Derek T. Gilliland. The Zoom hearing may be accessed by the attorneys of record at the following link:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

SIGNED this 11th day of January, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE